# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CR186** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **SALOMON CARDENAS-RODRIGUEZ,** ) | |
| ) | |
| **Defendant.** ) | |

The arraignment on the indictment is scheduled for hearing before the undersigned magistrate judge at **10:00 a.m. on June 28, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 26th day of June, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge