IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
             Plaintiff,         )         8:06CR186
                                )
       v.                       )
                                )
SALOMON CARDENAS-RODRIGUEZ,     )            ORDER
                                )
             Defendant.         )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Tuesday, October 31, 2006, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 23rd day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court